Tammy Hussin, Esq. (Bar No. 155290)
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Charlene Lucas

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charlene Lucas,<br><br>       Plaintiff,<br><br>   vs.<br><br>Pinnacle Asset Group, L.L.C.; and DOES 1-10, inclusive,<br><br>      Defendants. | Case No.: 3:14-cv-00339-JSC<br><br>**NOTICE OF SETTLEMENT** |

1

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of

Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.

Civ. P. 41(a) within 60 days.

The parties hereby further request that this honorable Court provide a period of

60 days within which to complete the settlement and file a dismissal of the action.


By:   /s/   *Tammy Hussin*
Tammy Hussin, Esq.
Lemberg & Associates, LLC
Attorney for Plaintiff, Charlene Lucas

2

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On May 19, 2014, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on May 19, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants Pinnacle Asset Group, L.L.C.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 19, 2014.

3

By:___/s/  Tammy Hussin_____
Tammy Hussin, Esq.
Lemberg & Associates, LLC
Attorney for Plaintiff, Charlene Lucas